UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Benjamin Wilkes
                                        Plaintiff,
v.                                                      Case No.: 1:12−cv−10129
                                                        Honorable James F. Holderman
Capital One, National Association
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 9, 2013:

    MINUTE entry before Honorable James F. Holderman: Plaintiff Benjamin Wilkes and Defendant Capital One Bank (USA), N.A.'s joint motion for suggestion of remand filed in Master Case No. 1:12−cv−10064 is granted. A suggestion of remand is issued to the JPML, recommending that this case (Case No. 1:12−cv−10129) be remanded back to the transferor court, the Northern District of Indiana. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.